IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WAYNE COOK, Individually and as Personal Representative of the Estate of AUSTIN COOK,<br><br>Plaintiff,<br><br>V.<br><br>SEARS LIFE INSURANCE COMPANY,<br><br>Defendant. | No.: 3:05-CV-00528 |

## ORDER OF COMPROMISE AND DISMISSAL

Come now the parties, by and through counsel, and having announced to the Court that all matters in controversy in this cause of action have been compromised and fully settled to each party's satisfaction,

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the cause be and the same is hereby dismissed with full prejudice, without the right of the Plaintiff to refile the same. Each party shall bear their own discretionary costs.

ENTER this the _____ day of _____ 2006.

                                                    *s/ James H. Jarvis*
                                                  JUDGE

APPROVED:

_____
Michael H. Meares (BPR #012185)
DUNGAN & MEARES
P.O. Box 5023
Maryville, TN 37802-5023
(865) 977-0632

*Attorneys for Plaintiff*

_____
R. Brad Morgan (BPR #024620)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646

*Attorneys for Defendant*